**No. 09-9939. David R. Litaker, Petitioner v. Illinois.**

560 U.S. 943, 130 S. Ct. 3367, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4501.

June 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 387 Ill. App. 3d 1201, 367 Ill. Dec. 221, 981 N.E.2d 546.

**No. 09-9941. Harvey Eugene Larson, Petitioner v. David L. Runnels, Warden.**

560 U.S. 943, 130 S. Ct. 3367, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4434.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9942. A. C. Jones, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 943, 130 S. Ct. 3368, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4383.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9947. Donald C. Richardson, Petitioner v. Michigan.**

560 U.S. 944, 130 S. Ct. 3368, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4448.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 485 Mich. 1044, 776 N.W.2d 907.

**No. 09-9950. James Earl Brewster, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 944, 130 S. Ct. 3368, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4562.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 764.

**No. 09-9952. Allen Dean Burnett, Petitioner v. Thomas J. Borris, Judge, Superior Court of California, Orange County, et al.**

560 U.S. 944, 130 S. Ct. 3368, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4461.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9953. Derrick D. Brown, Petitioner v. California.**

560 U.S. 944, 130 S. Ct. 3368, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4505.

June 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9958. Shelton R. Thomas, Petitioner v. John Nichols.**

560 U.S. 944, 130 S. Ct. 3368, 176 L. Ed. 2d 1254, 2010 U.S. LEXIS 4521.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.